JS - 6

**FILED: JUN 4, 2014**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNET BARN RAISING, INC., et al )<br>)<br>          Plaintiff,            )<br>                                             )<br>    vs.                                    )<br>                                             )<br>HILTON PUBLISHING COMPANY, )<br>INC., et al                             )<br>                                             )<br>          Defendants.          )<br>_____) | **CASE NO. CV 13-7418 GHK (PLAx)**<br><br>**ORDER OF DISMISSAL** |

The parties having gone before Judge Gandhi for settlement conference on May 29, 2014, and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FOURTEEN (14) DAYS**, to reopen the action if settlement is not consummated.

DATED:   6/4/14

_____
GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE